political modeling of social representation for the  his sort of graduation that comes from saying so soon he is going to have to think he will have to go through the social situation of being a colonizer, and that's a lovely note about social eminence. Thank you very much. Thank you. Thank you very much. I'm going to be speaking in a few minutes. I just want to thank you all for being here.